**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Rhino Bare Projects LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-0909263 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1947 S Myrtle Ave | |
| Number    Street | Number    Street |
| | P.O. Box |
| Monrovia    CA    91016 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles County | Number    Street |
| County | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Rhino Bare Projects LLC**_____    Case number *(if known)*_____
       Name

**7. Describe debtor's business**

A. *Check one:*
  ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
  ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
  ☐ Railroad (as defined in 11 U.S.C. § 101(44))
  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
  ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
  ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
  ☑ None of the above

B. *Check all that apply:*
  ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
  ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
  ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
        District _____  When _____  Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                          MM / DD / YYYY
        Case number, if known _____

Debtor  **Rhino Bare Projects LLC**_____    Case number (*if known*)_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  Rhino Bare Projects LLC
      Name

Case number (if known) _____

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/29/2020
           MM / DD / YYYY

✗ _/s/ Victor Galam_           Victor Galam
Signature of authorized representative of debtor    Printed name

Title Managing Member

**18. Signature of attorney**

✗ /s/ Leslie Cohen         Date 07/29/2020
Signature of attorney for debtor        MM / DD / YYYY

Leslie Cohen
Printed name

Leslie Cohen Law PC
Firm name

506 Santa Monica Blvd. Suite 200
Number    Street

Santa Monica        CA    90401
City              State  ZIP Code

3103945900        leslie@lesliecohenlaw.com
Contact phone         Email address

93698         CA
Bar number      State

**Fill in this information to identify the case:**

Debtor name: Rhino Bare Projects LLC

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Galam Family Irrevocable Trust<br>1947 S Myrtle Ave.<br>Monrovia, CA, 91016 | Mike Galam<br>310-910-3825<br>mike@nga911.com | Operating loan | | | | 1,860,000.00 |
| 2 | Quality Property Trust<br>1947 S Myrtle Ave.<br>Monrovia, CA, 91016 | Mike Galam<br>310-910-3825<br>mike@nga911.com | Operating loan | | | | 1,500,000.00 |
| 3 | Jeff Malinovitz<br>11557 Ventura Blvd.<br>Studio City, CA, 91604 | Jeff Malinovitz<br>(818) 939-4530<br>jeffmalin77@gmail.com | Operating loan | | | | 500,000.00 |
| 4 | Russ August & Kabat<br>Attn: Nathan Meyer<br>12424 Wilshire Blvd, 12th Floor<br>Los Angeles, CA, 90025 | Nathan Meyer<br>(310) 826-7474<br>nmeyer@raklaw.com | Professional services | | | | 125,000.00 |
| 5 | Donald Dean<br>8593 Laurel Dr,<br>Pinellas Park, FL, 33782 | Donald Dean<br>(310) 777-7766<br>don@donalddean.com | Operating loan | | | | 110,000.00 |
| 6 | Craig Franze<br>541 Sweetbrair Street<br>Pittsburgh, PA, 15211 | Craig Franze<br>(702) 817-8393<br>craig@zexzoo.com | Operating loan | | | | 100,000.00 |
| 7 | Bruce Cardenas<br>6655 West 83rd Street<br>Los Angeles, CA, 90045 | Bruce Cardenas<br>(310) 993-5538<br>bruce.cardenas@gsgprotective.com | Operating loan | | | | 70,000.00 |
| 8 | | | | | | | |

Debtor    Rhino Bare Projects LLC    Case number *(if known)*_____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Bruce Cardenas
6655 West 83rd Street
Los Angeles, CA 90045


Canico Capital Group LLC
c/o Damien Holcomb
Lurie Zepeda Schmalz Hogan & Martin
1875 Century Park E, Ste. 2100
Los Angeles, CA 90067


Canico Capital Group, LLC
Attn: Abraham B Assil
3172 S Barrington Ave. #101
Los Angeles, CA 90066


Craig Franze
541 Sweetbrair Street
Pittsburgh, PA 15211


Donald Dean
8593 Laurel Dr,
Pinellas Park, FL 33782


El Marino LLC
1559 S Sepulveda Blvd.
Los Angeles, CA 90025


Galam Family Irrevocable Trust
1947 S Myrtle Ave.
Monrovia, CA 91016


Gennady Lebedev
LEBEDEV, MICHAEL & HELMI
10999 Riverside Dr., Ste. 201
North Hollywood, CA 91602

IJ Properties LLC
777 E 15th St.
Los Angeles, CA 90021


Jeff Malinovitz
11557 Ventura Blvd.
Studio City, CA 91604


Jeff Malinovitz
21781 Ventura Blvd Suite 472
Woodland Hills, CA 91364


Knotting Hill LLC
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212


Los Angeles County Sheriff's Department
Re: BC514908 Sheriff's Sale
11 W Temple St.
Los Angeles, CA 90012


Quality Property Trust
1947 S Myrtle Ave.
Monrovia, CA 91016


Russ August & Kabat
Attn: Nathan Meyer
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025


S Double LLC
1101 S Robertson Blvd #208
Los Angeles, CA 90035

Sefox Investment, LLC
1200 S Santee St., Ste 908
Los Angeles, CA 90015


SN & GE LLC
6200 Ventura Blvd., Ste 228
Encino, CA 91436


West Best Capital Group
1000 S Westgate Ave. #100
Los Angeles, CA 90049


West Best Capital Group
Attn: Abraham B Assil
3172 S Barrington Ave., #101
Los Angeles, CA 90066

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Leslie A. Cohen (SBN 93698)<br>J'aime K. Williams (SBN 261148)<br><br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900  F: 310.394.9280<br>leslie@lesliecohenlaw.com<br>jaime@lesliecohenlaw.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Rhino Bare Projects, LLC<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 7/29/2020

Debtor's signature
Victor Galam, Managing Member

Date: _____

Joint Debtor's signature (if applicable)

Date: _____

Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                                                                    F 1007-1.MAILING.LIST.VERIFICATION